SCANNED at WVCF and Emailed on

6/29/18 by SG 3 pages.
(date)   (initials)   (num)

To the Clerk of the United States District Court Terre Haute Division,

Re: E-Filing of Plaintiff's Response To Defendant's Motion For Judgment On The Pleadings.
    Cause Number: 2:18-cv-00077-JMS-DLP

    This cover letter is to inform you that the attached two pages are being resent because they had not been signed yet. Please exchange these for the unsigned pages in the previous E-File. Thank you for your time in this matter.

**FILED**

3:14 pm, Jun 29, 2018

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

many filling that needed treatment. Now you have the new WVCF Dentist stating Plaintiff's teeth are in good condition, only needs fillings and teeth clean. Dr, Jimerson wanted to pull the teeth due to the intentionally mistreatment and diagnosing Reaves with advance gum disease and wanted to pull teeth that could otherwise be saved which left Plaintiff in **severe and excruciating** pain.

## Conclusion

Wherefore Plaintiff would request that the defendants' motion for judgment on the pleading be denied, and that this case waits the discovery of documents to show the history of harm Dr. Jimersion she has caused plaintiff and others by her bad dental practice, while the defendants stood by and ignored the many complaints filed by Plaintiff and other inmates without even investigation.

Plaintiff wants to make this court aware of, that plaintiff is scheduled to have tooth #14 fix, he was seen on June 22,2018 regarding tooth #14 by the new WVCF Dentist Dr. Meyer, he was going to fix the tooth, but on June 27,2018 the tooth#14 broke, plaintiff had the correctional Officer call the Dental department, but Plaintiff was not seen because there is no full time dentist here and dental assistant informed the Officer that they cannot see Plaintiff , and Plaintiff was force to live with the pain and BROKE TOOTH because there is no full time dentist. Plaintiff has not eaten since June27, 2018.[11] Only drank water, the tooth pain in **severe and excruciating.**

*[signature]*

---

[11] PLAINTIFF IS SCHEDULED TODAY TO SEE THE Dentist regarding tooth#14, plaintiff might lose the tooth because he was forced to refuse treatment from DR Jimersion; NOTICE Dr. Jimersion worked on tooth #14 in2014, the filling came out in 2017 and plaintiff has been unable to get treatment other then Dr. Jimerion, which has done nothing but hurt Plaintiff and damage his teeth.

## CERTIFICATE OF SERVICE

I, Douglas A. Reaves, do hereby certify that on this 29 day of June, 2018, a true and correct copy of the foregoing Motion For judgment on the pleadings was served upon the this court to forward to Defendants through the electric system.

*Douglas A. Reaves*
Plaintiff

## Verification OF Authenticity

I Douglas A. Reaves do hereby verify under the penalties of perjury that the statements contained in the Plaintiff's response are true and correct statements; and the statements are true and correct statements made by the Plaintiff. On this 29 day of June 2018

Douglas A. Reaves

Plaintiff Pro se

14