UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DOUGLAS A. REAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-00077-JPH-DLP |
| | ) |
| K. GILMORE, | ) |
| WEXFORD MEDICAL SOURCES, | ) |
| ESTHER HINTON, | ) |
| MIKE SMITH, | ) |
| JUDIE, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The action is dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b).

Date:  1/17/2019

Laura Briggs, Clerk of Court

By: *Pam Pope*

Deputy Clerk

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DOUGLAS A. REAVES
881987
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Benjamin C. Ellis
INDIANA ATTORNEY GENERAL
Benjamin.Ellis@atg.in.gov

Amanda Elizabeth Fiorini
INDIANA ATTORNEY GENERAL
Amanda.Fiorini@atg.in.gov

Adriana Katzen
BLEEKE DILLON CRANDALL ATTORNEYS
adriana@bleekedilloncrandall.com